# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-1481 and 22-1982

**Caption [use short title]**

**Motion for:** Leave to File Defendant's Opening Brief One Day Out of Time

**Set forth below precise, complete statement of relief sought:**

Appellant Robert Kelly is seeking leave to file his Opening Brief One Day Out of Time Due to Extraordinary Circumstances

USA v. Kelly

**MOVING PARTY:** Robert Sylvester Kelly     **OPPOSING PARTY:** _____

[ ] Plaintiff     [✔] Defendant
[✔] Appellant/Petitioner     [ ] Appellee/Respondent

**MOVING ATTORNEY:** Jennifer Bonjean     **OPPOSING ATTORNEY:** _____
[name of attorney, with firm, address, phone number and e-mail]

Jennifer Bonjean, Bonjean Law Group PLLC
750 Lexington Avenue, 9th Floor, NY, NY 10022
718-875-1850 and Jennifer@bonjeanlaw.com

**Court- Judge/ Agency appealed from:** Eastern District Court of New York, Judge Ann Donnelly

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
[✔] Yes  [ ] No (explain):_____

Opposing counsel's position on motion:
[ ] Unopposed  [ ] Opposed  [✔] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes  [ ] No  [✔] Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?  [ ] Yes  [ ] No
Has this relief been previously sought in this court?  [ ] Yes  [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  [ ] Yes  [✔] No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?  [ ] Yes  [✔] No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ Jennifer Bonjean     **Date:** 4/18/2023     **Service by:** [ ] CM/ECF  [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

```
UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
-------------------------------------------------------X

UNITED STATES,                               Docket Nos.   22-1481
                                                           22-1982
       -vs-

ROBERT S. KELLY,

              Defendant.
-------------------------------------------------------X
```

**DECLARATION OF JENNIFER BONJEAN IN SUPPORT OF APPELLANT ROBERT KELLY'S MOTION FOR LEAVE TO FILE DEFENDANT'S OPENING BRIEF <u>ONE DAY OUT OF TIME</u>**

JENNIFER BONJEAN, of full age and having been duly sworn according to law, hereby declares the following:

1. I am an attorney licensed to practice law in the State of New York, the United States District Court for the Eastern District of New York and the United States Court of Appeals for the Second Circuit.

2. I am the owner and founder of the Bonjean Law Group, PLLC which is predominantly based in New York at 750 Lexington Avenue, 9th Floor, New York, New York 10022 with a satellite office in Illinois at 53 W. Jackson Blvd, Suite 315, Chicago, Illinois 60604.

3. I submit this declaration in support of Appellant's Motion for an Extension of Time to File his Opening Brief pursuant to Local Circuit Rule 27.1 and Federal Rule of Appellate Procedure 26(b).

4. On December 7, 2022, the District Court entered an amended judgment in this case.

5. Mr. Kelly's opening brief was originally due on March 8, 2023. On February 22, 2023 counsel for Mr. Kelly sought a thirty-day extension of time to file his opening brief which was granted.

6. Mr. Kelly sought an additional one-week extension to file his opening brief on April

3, 2023 because of unforeseen circumstances related to Mr. Kelly's own hospitalization which prevented undersigned counsel from consulting with him.

      7. This Court granted that extension and the filing deadline was set for April 14, 2023.

      8. Due to death of undersigned counsel's father on April 13, 2023, undersigned counsel sought an extension of time until April 17, 2023, in which to file Defendant's opening brief which was allowed.

      9. As a result of undersigned counsel's responsibilities related to the passing of her father in Florida which includes tending to an ailing mother and handling numerous legal matters and death arrangements this weekend, in conjunction with the difficulties of working remotely without access to Defendant's office and support staff, undersigned was unable to file the brief yesterday as anticipated.

      10. Just by way of example, undersigned counsel had spotty and limited access to wi-fi, no printer and was challenged in her ability to communicate with her colleague who was preparing the appendix. Because the brief must cite to the appendix, it was extraordinarily challenging to complete final citations and comply with court rules given the lack of infra-structure and working entirely off a laptop while also managing highly stressful family affairs.

      11. In light of these extraordinary and unforeseen circumstances, Defendant respectfully seeks leave to file the brief one day out of time.

      12. Defendant is entitled to effective assistance of counsel on direct appeal and he should not bear any consequence of the poor timing of the death of his attorney's father.

      13. Undersigned counsel has been working around the clock to complete the filing of this brief while tending to highly personal and distressful circumstances related to the passing of her father.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed April 18, 2023 | /s/ JENNIFER BONJEAN<br>JENNIFER BONJEAN<br><br>BONJEAN LAW GROUP PLLC<br>750 Lexington Avenue, 9th Floor<br>New York, NY 10022<br>718-875-1850<br>Jennifer@bonjeanlaw.com |