# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

May 15, 2025

Clerk
United States Court of Appeals for the Second Circuit
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:  Robert Sylvester Kelly
         v. United States
        No. 24-1172
        (Your No. 22-1481, 22-1982)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on May 13, 2025 and placed on the docket May 15, 2025 as No. 24-1172.

Sincerely,

**Scott S. Harris**, Clerk

by

Katie Heidrick
Case Analyst